UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TOMMY EDWARD JACKSON,

    Plaintiff,

    v.                              Case No. 22-C-400

DOMINIQUE MCQUEEN,

    Defendant.

---

## ORDER

---

    Plaintiff Tommy Edward Jackson filed this action against Defendant Dominique McQueen on March 30, 2022. On September 2, 2022, Magistrate Judge Nancy Joseph filed a Report and Recommendation. In that Report and Recommendation, the Magistrate Judge recommends that the complaint be dismissed for lack of jurisdiction and because Plaintiff failed to pay the initial partial filing fee. Plaintiff has not filed an objection to this recommendation. After careful consideration of the Report and Recommendation as well as the record as a whole, the Court adopts the Report and Recommendation of the Magistrate Judge and orders the case dismissed. The Clerk is directed to enter judgment forthwith.

    **SO ORDERED** at Green Bay, Wisconsin this 29th day of September, 2022.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge